# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIRGILIO GAMBOA, | Case No. CV 09-03248 DMG (OP) |
| Petitioner, | **JUDGMENT** |
| v. | |
| J. SALAZAR, Warden, | |
| Respondent. | |

In accordance with the Order Adopting in Part the Report and Recommendation of the United States Magistrate Judge, filed concurrently herewith,

IT IS HEREBY ADJUDGED that:

1.     The Petition for Writ of Habeas Corpus is granted; and

2.     The Board of Parole Hearings shall set a parole date for Petitioner within thirty days from the date of this Judgment.

DATED:     September 30, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-